**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**BRANDI CORMIER**                                   **CASE NO.  6:25-CV-00249**

**VERSUS**                                           **JUDGE JAMES D. CAIN, JR.**

**LOWES HOME CENTER L L C ET AL**       **MAGISTRATE JUDGE DAVID J. AYO**

## JUDGMENT

For the reasons stated in the accompanying Memorandum Ruling, the court hereby

**ORDERS, ADJUDGES,** and **DECREES** that the Motion for Summary Judgment [doc.

43] be **GRANTED** and that all claims in this matter be **DISMISSED WITH**

**PREJUDICE**.

THUS DONE AND SIGNED in Chambers on the 24th day of July, 2026.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**